UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00156 |
| | ) | Judge Campbell |
| EDWARD M. HILL | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 18, 2010, this Court entered a Preliminary Order of Forfeiture as to Edward M. Hill (D.E. 38) ordering Defendant Hill to forfeit the following property:

a. A Gateway laptop computer containing a Hitachi Travelstar 60GB hard drive, serial number KKHJ7KEH, and

b. A Compaq Presario desktop computer containing a Maxtor hard drive, serial number 134811-S010783.

(hereinafter collectively referred to as "Subject Property") seized from 446 Nubia Road, Westmoreland, TN 37186-5352 on or about October 15, 2008; and

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised online at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on December 10, 2010 and ending on January 8, 2011; and

WHEREAS, there are no other persons or entities known which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from all drives and/or computer media of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the Defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this ___ day of _____, 2012.

_____
TODD J. CAMPBELL
United States District Judge